**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

STEVEN HERMAN ALLEN                              Case No. 6:19-bk-01945-KSJ
BLESSY ALLEN,                                           Chapter 7

    Debtors
_____/

### REPORT AND NOTICE OF ABANDONMENT

TO:      ALL INTERESTED PARTIES
FROM:  GENE T. CHAMBERS, TRUSTEE

    PURSUANT TO SECTION 554, BANKRUPTCY CODE, F.R.B.P. 6007, 7004 AND 7005, AND APPLICABLE LOCAL BANKRUPTCY RULES. NOTICE IS HEREBY GIVEN OF THE ABANDONMENT OF THE FOLLOWING DESCRIBED PROPERTY:

    Speed Power and Handling Autos, LLC

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files an objection within fourteen (14) days from the date set forth on the attached proof of service, plus an additional three (3) days for service if any party was served by U.S. mail.**

**If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, FL 32801, and serve a copy on the trustee, Gene T. Chambers, P.O. Box 533987, Orlando, FL 32853, and any other appropriate persons within the time allowed. If you file and serve an objection within the time permitted, the Court will either schedule a hearing and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file an objection within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the sale will be made on the terms set forth without further notice or hearing.**

THE PROPERTY IS BEING ABANDONED FOR THE FOLLOWING REASONS:

1) The liabilities of the business greatly exceed the value of its assets.

2) There is no value in the business for the benefit of the estate and it is burdensome to the estate.

DATED: May 22, 2019.

>  /s/ Gene T. Chambers
> Gene T. Chambers, Trustee
> Florida Bar No. 0187642
> Gene T. Chambers, P.A.
> Post Office Box 533987
> Orlando, Florida 32853
> Telephone (407) 872-7575
> Facsimile (407) 246-0008
> E-mail: gchamberspa@cfl.rr.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Report and Notice Of Abandonment was furnished vie electronic mail using the Court's CM/ECF system on May 22, 2019 to all parties participating in CM/ECF in the instant case and via U.S. Mail, to all non-CM/ECF parties on the attached mailing matrix.

>  /s/ Gene T. Chambers
> Gene T. Chambers, Trustee